UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**United States Court of Appeals**
**Fifth Circuit**
**F I L E D**
July 1, 2009
Charles R. Fulbruge III
Clerk

———————————————

No. 08-20585
———————————————
D.C. Docket No. 4:07-CV-4108

T-M VACUUM PRODUCTS, INC

     Plaintiff - Appellee

v.

TAISC, INC

     Defendant - Appellant

Appeal from the United States District Court for the
Southern District of Texas, Houston

Before JONES, Chief Judge, and HIGGINBOTHAM and HAYNES, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that defendant-appellant pay to plaintiff-appellee the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE:

**A True Copy**
**Attest**

**Clerk, U.S. Court of Appeals, Fifth Circuit**

**By: _____**
                  **Deputy**

**New Orleans, Louisiana**